# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF  NEVADA

In re:                                  §
                                        §
MUNOZ JR, ARTHUR A.                     §        Case No. 12-51501
MUNOZ, KAREN L.                         §
                                        §
      Debtors                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JERI COPPA-KNUDSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 175,800.00                Assets Exempt: 11,820.95
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,307.77      Claims Discharged
                                                Without Payment:  165,754.73

Total Expenses of Administration:  733.24

3) Total gross receipts of $ 2,041.01  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 2,041.01  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 271,907.00 | $ 266,327.74 | $ 266,327.74 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 733.24 | 733.24 | 733.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 107,909.82 | 59,152.68 | 59,152.68 | 1,307.77 |
| **TOTAL DISBURSEMENTS** | $ 379,816.82 | $ 326,213.66 | $ 326,213.66 | $ 2,041.01 |

4) This case was originally filed under chapter 13 on  06/26/2012 , and it was converted to chapter 7 on  12/05/2012 .  The case was pending for 38 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/21/2016                    By:/s/JERI COPPA-KNUDSON
                                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 59.84 |
| BOATS AND ACCESSORIES | 1129-000 | 145.69 |
| BOATS AND ACCESSORIES | 1129-000 | 194.47 |
| Tax Refunds | 1224-000 | 110.24 |
| TAX REFUNDS | 1224-000 | 1,530.77 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,041.01** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Motor Credit Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 | | 13,850.00 | NA | NA | 0.00 |
| | United Federal Credit 5150 MAE ANNE AVENUE Reno, NV 89523 | | 22,046.00 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | 212,060.00 | NA | NA | 0.00 |
| | Wfs Financial/Wachovia Dealer Services 10750 Forest St. Suite 200 Rancho Cucamonga, CA 91730 | | 23,951.00 | NA | NA | 0.00 |
| 000018 | WELLS FARGO BANK, N.A. | 4110-000 | NA | 212,547.63 | 212,547.63 | 0.00 |
| 000016 | WESTGATE PLANET HOLLYWOOD LAS VEGAS | 4110-000 | NA | 14,981.28 | 14,981.28 | 0.00 |
| 000006A | RC WILLEY HOME FURNISHINGS | 4210-000 | NA | 2,046.34 | 2,046.34 | 0.00 |
| 000004 | TOYOTA MOTOR CREDIT CORPORATION (TM | 4210-000 | NA | 13,450.57 | 13,450.57 | 0.00 |
| 000005 | WELLS FARGO BANK, N.A., DBA WELLS F | 4210-000 | NA | 23,301.92 | 23,301.92 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 271,907.00** | **$ 266,327.74** | **$ 266,327.74** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|--------------------|------------------|-----------------|----------------|-------------|
| JERI COPPA-KNUDSON, TRUSTEE | 2100-000 | NA | 510.25 | 510.25 | 510.25 |
| JERI COPPA KNUDSON | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| JERI COPPA-KNUDSON, TRUSTEE | 2200-000 | NA | 147.80 | 147.80 | 147.80 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 0.19 | 0.19 | 0.19 |
| UNION BANK | 2600-000 | NA | 75.00 | 75.00 | 75.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 733.24 | $ 733.24 | $ 733.24 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|--------------------|------------------|-----------------|----------------|-------------|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE PO BOX 21126 DPN 781 Philadelphia, PA 19114 | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Collection Serv 3080 S Durango Dr Ste 20 Las Vegas, NV 89117 | | 578.00 | NA | NA | 0.00 |
| | Allied Collection Serv 3080 S Durango Dr Ste 20 Las Vegas, NV 89117 | | 43.00 | NA | NA | 0.00 |
| | Allied Collection Serv 3080 S Durango Dr Ste 20 Las Vegas, NV 89117 | | 27.00 | NA | NA | 0.00 |
| | Allied Collection Serv 3080 S Durango Dr Ste 20 Las Vegas, NV 89117 | | 578.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Collection Serv 3080 S Durango Dr Ste 20 Las Vegas, NV 89117 | | 43.00 | NA | NA | 0.00 |
| | Allied Collection Serv 3080 S Durango Dr Ste 20 Las Vegas, NV 89117 | | 27.00 | NA | NA | 0.00 |
| | Cap1/bstby Po Box 5253 Carol Stream, IL 60197 | | 2,406.00 | NA | NA | 0.00 |
| | Cap1/bstby Po Box 5253 Carol Stream, IL 60197 | | 1,438.00 | NA | NA | 0.00 |
| | Cap1/bstby Po Box 5253 Carol Stream, IL 60197 | | 2,406.00 | NA | NA | 0.00 |
| | Cap1/bstby Po Box 5253 Carol Stream, IL 60197 | | 1,438.00 | NA | NA | 0.00 |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | 7,593.00 | NA | NA | 0.00 |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | 7,593.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 2,146.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 2,120.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 2,146.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 2,120.00 | NA | NA | 0.00 |
| | Citibank Usa Citicorp Credit Services/Attn: Centraliz Po Box 20363 Kansas City, MO 64195 | | 3,148.00 | NA | NA | 0.00 |
| | Citibank Usa Citicorp Credit Services/Attn: Centraliz Po Box 20363 Kansas City, MO 64195 | | 3,148.00 | NA | NA | 0.00 |
| | FULLER JENKINS 2300 WEST SAHARA AVENUE, SUITE 1130, BOX Las Vegas, NV 89102 | | 706.20 | NA | NA | 0.00 |
| | FULLER JENKINS 2300 WEST SAHARA AVENUE, SUITE 1130, BOX Las Vegas, NV 89102 | | 706.20 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEMB / Old Navy Attention: GEMB Po Box 103104 Roswell, GA 30076 | | 235.00 | NA | NA | 0.00 |
| | GEMB / Old Navy Attention: GEMB Po Box 103104 Roswell, GA 30076 | | 235.00 | NA | NA | 0.00 |
| | Gecrb/care Credit C/o Po Box 965036 Orlando, FL 32896 | | 1,054.00 | NA | NA | 0.00 |
| | Gecrb/care Credit C/o Po Box 965036 Orlando, FL 32896 | | 1,054.00 | NA | NA | 0.00 |
| | Grant & Weber 26575 W. Agoura Rd. Calabasas, CA 91302 | | 12,400.00 | NA | NA | 0.00 |
| | Grant & Weber 26575 W. Agoura Rd. Calabasas, CA 91302 | | 588.00 | NA | NA | 0.00 |
| | Grant & Weber 26575 W. Agoura Rd. Calabasas, CA 91302 | | 425.00 | NA | NA | 0.00 |
| | Grant & Weber 26575 W. Agoura Rd. Calabasas, CA 91302 | | 331.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grant & Weber 26575 W. Agoura Rd. Calabasas, CA 91302 | | 226.00 | NA | NA | 0.00 |
| | Grant & Weber 26575 W. Agoura Rd. Calabasas, CA 91302 | | 12,400.00 | NA | NA | 0.00 |
| | Grant & Weber 26575 W. Agoura Rd. Calabasas, CA 91302 | | 588.00 | NA | NA | 0.00 |
| | Grant & Weber 26575 W. Agoura Rd. Calabasas, CA 91302 | | 425.00 | NA | NA | 0.00 |
| | Grant & Weber 26575 W. Agoura Rd. Calabasas, CA 91302 | | 331.00 | NA | NA | 0.00 |
| | Grant & Weber 26575 W. Agoura Rd. Calabasas, CA 91302 | | 226.00 | NA | NA | 0.00 |
| | Hospital Collection Sv Po Box 872 Reno, NV 89504 | | 52.00 | NA | NA | 0.00 |
| | Hospital Collection Sv Po Box 872 Reno, NV 89504 | | 52.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/capone Po Box 3115 Milwaukee, WI 53201 | | 451.00 | NA | NA | 0.00 |
| | Kohls/capone Po Box 3115 Milwaukee, WI 53201 | | 451.00 | NA | NA | 0.00 |
| | Monterey Financial Svc Po Box 5199 Oceanside, CA 92052 | | 1,198.00 | NA | NA | 0.00 |
| | Monterey Financial Svc Po Box 5199 Oceanside, CA 92052 | | 1,198.00 | NA | NA | 0.00 |
| | NEVADA ALLERGY 4796 CAUGHLIN PARKWAY #106 Reno, NV 89519 | | 0.00 | NA | NA | 0.00 |
| | Nco Fin/51 Pob 15273 Wilmington, DE 19850 | | 779.00 | NA | NA | 0.00 |
| | Nco Fin/51 Pob 15273 Wilmington, DE 19850 | | 779.00 | NA | NA | 0.00 |
| | Rc Willey Home Furnishings Attn: Bankruptcy Po Box 65320 Salt Lake City, UT 84165 | | 2,978.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rc Willey Home Furnishings Attn: Bankruptcy Po Box 65320 Salt Lake City, UT 84165 | | 2,978.00 | NA | NA | 0.00 |
| | Victoria's Secret Attention: Bankruptcy Po Box 182125 Columbus, OH 43218 | | 630.00 | NA | NA | 0.00 |
| | Victoria's Secret Attention: Bankruptcy Po Box 182125 Columbus, OH 43218 | | 630.00 | NA | NA | 0.00 |
| | WESTGATE RESORTS PLANET HOLLYWOOD TOWERS | | 12,355.71 | NA | NA | 0.00 |
| | WESTGATE RESORTS PLANET HOLLYWOOD TOWERS | | 12,355.71 | NA | NA | 0.00 |
| | Wfcb/hsn Wfnb Po Box 183043 Columbus, OH 43218 | | 47.00 | NA | NA | 0.00 |
| | Wfcb/hsn Wfnb Po Box 183043 Columbus, OH 43218 | | 47.00 | NA | NA | 0.00 |
| 000010 | ALLIED COLLECTION SERV | 7100-000 | NA | 574.93 | 574.93 | 12.71 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000025 | BUSINESS AND PROFESSIONAL COLLECTIO | 7100-000 | NA | 1,619.22 | 1,619.22 | 35.80 |
| 000019 | CAPITAL ONE NA | 7100-000 | NA | 395.61 | 395.61 | 8.75 |
| 000003 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 1,089.93 | 1,089.93 | 24.10 |
| 000014 | ECAST SETTLEMENT CORPORATION | 7100-000 | NA | 2,490.42 | 2,490.42 | 55.06 |
| 000015 | ECAST SETTLEMENT CORPORATION | 7100-000 | NA | 1,503.95 | 1,503.95 | 33.25 |
| 000002 | GE CAPITAL RETAIL BANK | 7100-000 | NA | 235.29 | 235.29 | 5.20 |
| 000007 | GRANT & WEBER | 7100-000 | NA | 14,391.89 | 14,391.89 | 318.18 |
| 000001 | MONTEREY FINANCIAL SERVICES | 7100-000 | NA | 1,618.55 | 1,618.55 | 35.78 |
| 000024 | NEVADA BELL TELEPHONE COMPANY | 7100-000 | NA | 536.88 | 536.88 | 11.87 |
| 000020 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 7,777.29 | 7,777.29 | 171.94 |
| 000021 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 3,253.74 | 3,253.74 | 71.93 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000022 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 2,206.72 | 2,206.72 | 48.79 |
| 000023 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 2,192.09 | 2,192.09 | 48.46 |
| 000013 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 678.58 | 678.58 | 15.00 |
| 6B | RC WILLEY HOME FURNISHINGS | 7100-000 | NA | 572.83 | 572.83 | 12.67 |
| 000017 | UNITED FEDERAL CREDIT UNION | 7100-000 | NA | 17,843.10 | 17,843.10 | 394.48 |
| 000008 | ALLIED COLLECTION SERV | 7100-001 | NA | 40.00 | 40.00 | 0.88 |
| 000009 | ALLIED COLLECTION SERV | 7100-001 | NA | 25.93 | 25.93 | 0.58 |
| 000011 | ASHLEY FUNDING SERVICES, LLC ITS SU | 7100-001 | NA | 29.02 | 29.02 | 0.64 |
| 000012 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-001 | NA | 76.71 | 76.71 | 1.70 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 107,909.82 | $ 59,152.68 | $ 59,152.68 | $ 1,307.77 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| | |
|---|---|
| Case No:        12-51501    BTB    Judge: BRUCE T. BEESLEY | Trustee Name:            JERI COPPA-KNUDSON |
| Case Name:    MUNOZ JR, ARTHUR A. | Date Filed (f) or Converted (c):    12/05/12 (c) |
|                        MUNOZ, KAREN L. | 341(a) Meeting Date:        01/10/13 |
| For Period Ending:  01/21/16 | Claims Bar Date:            08/08/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 8923 MAHON DRIVE RENO NEVADA 89506 | 140,800.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS<br>    CHECKING - US BANK<br>    Debtor Claimed Exemption | 285.42 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS<br>    SAVINGS - US BANK | 0.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS<br>    CHECKING BUSINESS - US BANK<br>    Debtor Claimed Exemption | 1.85 | 0.00 | | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS<br>    CHECKING - WELLS FARGO BANK<br>    Debtor Claimed Exemption | 120.00 | 0.00 | | 0.00 | FA |
| 6. FINANCIAL ACCOUNTS<br>    SAVINGS - WELLS FARGO BANK<br>    Debtor Claimed Exemption | 10.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS<br>    HOUSEHOLD GOODS<br>    Debtor Claimed Exemption | 3,250.00 | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 12-51501 | BTB | Judge: BRUCE T. BEESLEY | Trustee Name: | JERI COPPA-KNUDSON |
|---|---|---|---|---|---|
| Case Name: | MUNOZ JR, ARTHUR A. | | | Date Filed (f) or Converted (c): | 12/05/12 (c) |
| | MUNOZ, KAREN L. | | | 341(a) Meeting Date: | 01/10/13 |
| | | | | Claims Bar Date: | 08/08/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| CLOTHING<br>Debtor Claimed Exemption | | | | | |
| 9. FURS AND JEWELRY<br>JEWELRY<br>Debtor Claimed Exemption | 550.00 | 0.00 | | 0.00 | FA |
| 10. FIREARMS AND HOBBY EQUIPMENT<br>RIFLE - DPMS AR15<br>Debtor Claimed Exemption | 800.00 | 0.00 | | 0.00 | FA |
| 11. FIREARMS AND HOBBY EQUIPMENT<br>RIFLE - DEER<br>Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 12. FIREARMS AND HOBBY EQUIPMENT<br>SHOTGUN - REMINGTON 870<br>Debtor Claimed Exemption | 150.00 | 0.00 | | 0.00 | FA |
| 13. FIREARMS AND HOBBY EQUIPMENT<br>PISTOL - RUGER 9MM<br>Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 14. FIREARMS AND HOBBY EQUIPMENT<br>PISTOL - RUGER 10-22'S LR<br>Debtor Claimed Exemption | 150.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    3

**Exhibit 8**

| Case No: | 12-51501 | BTB | Judge: BRUCE T. BEESLEY | | Trustee Name: | JERI COPPA-KNUDSON |
|---|---|---|---|---|---|---|
| Case Name: | MUNOZ JR, ARTHUR A. | | | | Date Filed (f) or Converted (c): | 12/05/12 (c) |
| | MUNOZ, KAREN L. | | | | 341(a) Meeting Date: | 01/10/13 |
| | | | | | Claims Bar Date: | 08/08/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 15. FIREARMS AND HOBBY EQUIPMENT<br>    PISTOL - 10-22'S LR<br>    Debtor Claimed Exemption | 150.00 | 0.00 | | 0.00 | FA |
| 16. FIREARMS AND HOBBY EQUIPMENT<br>    RIFLE - REMINGTON 22 LONG<br>    Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 17. FIREARMS AND HOBBY EQUIPMENT<br>    GUN - HI POINT 9MM<br>    Debtor Claimed Exemption | 150.00 | 0.00 | | 0.00 | FA |
| 18. FIREARMS AND HOBBY EQUIPMENT<br>    CAMERA, SKIS<br>    Debtor Claimed Exemption | 600.00 | 0.00 | | 0.00 | FA |
| 19. VEHICLES<br>    2007 CHRYSLER ASPEN | 5,000.00 | 0.00 | | 0.00 | FA |
| 20. VEHICLES<br>    2010 TOYOTA YARIS | 10,000.00 | 0.00 | | 0.00 | FA |
| 21. VEHICLES<br>    2007 JEEP WRANGLER | 20,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    4

Exhibit 8

| Case No: | 12-51501 | BTB | Judge: BRUCE T. BEESLEY | Trustee Name: | JERI COPPA-KNUDSON |
|---|---|---|---|---|---|
| Case Name: | MUNOZ JR, ARTHUR A. | | | Date Filed (f) or Converted (c): | 12/05/12 (c) |
| | MUNOZ, KAREN L. | | | 341(a) Meeting Date: | 01/10/13 |
| | | | | Claims Bar Date: | 08/08/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 22. BOATS AND ACCESSORIES<br>  2007 BIKE CRF50 - DEBTOR TO BUY BACK | 700.00 | 700.00 | | 145.69 | FA |
| 23. BOATS AND ACCESSORIES<br>  2006 BIKE CRF250X<br>  Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA |
| 24. BOATS AND ACCESSORIES<br>  1997 MOTORCYCLE TRAILER - DEBTOR TO BUY BACK<br>  Debtor Claimed Exemption | 700.00 | 254.31 | | 254.31 | FA |
| 25. ANIMALS<br>  3 DOGS, 1 CAT | 0.00 | 0.00 | | 0.00 | FA |
| 26. TAX REFUNDS (u)<br>  2012 income tax refund - non exempt portion<br>  DEBTOR TO REPAY IN PAYMENTS | 0.00 | 1,641.01 | | 1,641.01 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $186,867.27 | $2,595.32 | | $2,041.01 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 25, 2015, 02:05 pm F/A

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

Ver: 19.05b

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:      5

Exhibit 8

| | | | |
|---|---|---|---|
| Case No.: | 12-51501    BTB    Judge: BRUCE T. BEESLEY | Trustee Name: | JERI COPPA-KNUDSON |
| Case Name: | MUNOZ JR, ARTHUR A. | Date Filed (f) or Converted (c): | 12/05/12 (c) |
| | MUNOZ, KAREN L. | 341(a) Meeting Date: | 01/10/13 |
| | | Claims Bar Date: | 08/08/14 |

March 19, 2015, 11:45 am open pending collection of non exempt assets

January 19, 2015, 02:30 pm cotinuing to hold open pending collection of non exempt assets

November 13, 2014, 11:43 am cotinuing to hold open pending collection of non exempt assets

July 07, 2014, 11:24 am continuing to hold open pending collection of non exempt assets

March 27, 2014, 10:53 am Debtor to commence with repayment plan by 4/15/14

January 28, 2014, 10:55 am tax return received - non exempt assets due to the estate

January 22, 2014, 11:55 am Case open pending review of tax return - possible non exempt assets

October 09, 2013, 10:57 am no change in status, awatiing copy of filed tax return

June 11, 2013, 12:55 pm open tax return, debtor filed extension to 10/15/2013, also non exempt assets

OPEN PENDING TAX RETURNJanuary 15, 2013, 03:32 pm

Initial Projected Date of Final Report (TFR): 06/30/13        Current Projected Date of Final Report (TFR): 04/30/15

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-51501 -BTB |
|---|---|
| Case Name: | MUNOZ JR, ARTHUR A. |
| | MUNOZ, KAREN L. |
| Taxpayer ID No: | *******9818 |
| For Period Ending: | 01/21/16 |

| Trustee Name: | JERI COPPA-KNUDSON |
|---|---|
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******0283  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/24/14 | | ARTHUR MUNOZ | ACCOUNTS RECEIVABLE PAYMENT | 1129-000 | 170.08 | | 170.08 |
| 04/24/14 | 22 | Asset Sales Memo: | BOATS AND ACCESSORIES  $145.69 | | | | 170.08 |
| 04/24/14 | 24 | Asset Sales Memo: | BOATS AND ACCESSORIES  $24.39 | | | | 170.08 |
| 06/05/14 | | ARTHUR MUNOZ | ACCOUNTS RECEIVABLE PAYMENT | 1129-000 | 170.08 | | 340.16 |
| 06/05/14 | 24 | Asset Sales Memo: | BOATS AND ACCESSORIES  $170.08 | | | | 340.16 |
| 06/19/14 | | ARTHUR MUNOZ JR. | ACCOUNTS RECEIVABLE PAYMENT | 1224-000 | 170.08 | | 510.24 |
| 06/19/14 | 26 | Asset Sales Memo: | TAX REFUNDS $170.08 | | | | 510.24 |
| 07/31/14 | | ARTHUR MUNOZ | ACCOUNTS RECEIVABLE PAYMENT | 1224-000 | 170.08 | | 680.32 |
| 07/31/14 | 26 | Asset Sales Memo: | TAX REFUNDS $170.08 | | | | 680.32 |
| 08/27/14 | | ARTHUR A. MUNOZ JR | ACCOUNTS RECEIVABLE PAYMENT | 1224-000 | 170.08 | | 850.40 |
| | | 8923 MAHON DRIVE | | | | | |
| | | RENO, NV  89506 | | | | | |
| 08/27/14 | 24 | Asset Sales Memo: | BOATS AND ACCESSORIES  $59.84 | | | | 850.40 |
| 08/27/14 | 26 | Asset Sales Memo: | TAX REFUNDS $110.24 | | | | 850.40 |
| | | MUNOZ JR, ARTHUR A. | Memo Amount:        110.24 | 1224-000 | | | |
| | | | ACCOUNTS RECEIVABLE PAYMENT | | | | |
| | | ARTHUR MUNOZ JR. | Memo Amount:         59.84 | 1129-000 | | | |
| | | | ACCOUNTS RECEIVABLE PAYMENT | | | | |
| 09/25/14 | | ARTHUR MUNOZ | ACCOUNTS RECEIVABLE PAYMENT | 1224-000 | 170.08 | | 1,020.48 |
| 09/25/14 | 26 | Asset Sales Memo: | TAX REFUNDS $170.08 | | | | 1,020.48 |
| 10/23/14 | | ARTHUR MUNOZ JR. | ACCOUNTS RECEIVABLE PAYMENT | 1224-000 | 170.08 | | 1,190.56 |
| 10/23/14 | 26 | Asset Sales Memo: | TAX REFUNDS $170.08 | | | | 1,190.56 |
| 11/20/14 | | ARTHUR MUNOZ | ACCOUNTS RECEIVABLE PAYMENT | 1224-000 | 170.08 | | 1,360.64 |
| 11/20/14 | 26 | Asset Sales Memo: | TAX REFUNDS $170.08 | | | | 1,360.64 |
| 11/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,345.64 |
| 12/18/14 | | ARTHUR MUNOZ | ACCOUNTS RECEIVABLE PAYMENT | 1224-000 | 170.08 | | 1,515.72 |
| 12/18/14 | 26 | Asset Sales Memo: | TAX REFUNDS $170.08 | | | | 1,515.72 |
| 12/26/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,500.72 |

| | Page Subtotals | 1,530.72 | 30.00 | |
|---|---|---|---|---|

Ver: 19.05b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 20)*

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          12-51501  -BTB
Case Name:     MUNOZ JR, ARTHUR A.
                        MUNOZ, KAREN L.

Taxpayer ID No:  *******9818
For Period Ending:  01/21/16

Trustee Name:                    JERI COPPA-KNUDSON
Bank Name:                       UNION BANK
Account Number / CD #:    *******0283  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/07/15 | 010001 | INTERNATIONAL SURETIES LTD<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | TRUSTEE BOND #016048576 | 2300-000 | | 1.10 | 1,499.62 |
| 01/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,484.62 |
| 02/09/15 | | ARTHUR MUNOZ | ACCOUNTS RECEIVABLE PAYMENT | 1224-000 | 170.08 | | 1,654.70 |
| 02/09/15 | 26 | Asset Sales Memo: | TAX REFUNDS  $170.08 | | | | 1,654.70 |
| 02/25/15 | | ARTHUR MUNOZ JR | ACCOUNTS RECEIVABLE PAYMENT | 1224-000 | 170.08 | | 1,824.78 |
| 02/25/15 | 26 | Asset Sales Memo: | TAX REFUNDS  $170.08 | | | | 1,824.78 |
| 02/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,809.78 |
| 03/24/15 | | INTERNATIONAL SURETIES LTD | Bond Refund | 2300-000 | | -0.91 | 1,810.69 |
| 03/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,795.69 |
| 03/30/15 | | ARTHUR MUNOZ JR. | ACCOUNTS RECEIVABLE PAYMENT | 1224-000 | 170.13 | | 1,965.82 |
| 03/30/15 | 26 | Asset Sales Memo: | TAX REFUNDS  $170.13 | | | | 1,965.82 |
| 06/09/15 | 010002 | JERI COPPA-KNUDSON, TRUSTEE<br>PMB 62<br>3495 LAKESIDE DRIVE<br>RENO, NV  89509-4841 | Chapter 7 Compensation/Fees | 2100-000 | | 510.25 | 1,455.57 |
| 06/09/15 | 010003 | JERI COPPA-KNUDSON, TRUSTEE<br>PMB 62<br>3495 LAKESIDE DRIVE<br>RENO, NV  89509-4841 | Chapter 7 Expenses | 2200-000 | | 145.98 | 1,309.59 |
| 06/09/15 | 010004 | MONTEREY FINANCIAL SERVICES<br>C/O BRM<br>PO BOX 3788<br>TUSTIN CA 92781-3788 | Claim 000001, Payment 2.21062%<br>#2894 | 7100-000 | | 35.78 | 1,273.81 |
| 06/09/15 | 010005 | GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS<br>CORP | Claim 000002, Payment 2.21004%<br>(2-1) OLD NAVY or GEMB#5461 | 7100-000 | | 5.20 | 1,268.61 |

Page Subtotals          510.29          742.40

Ver: 19.05b

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-51501 -BTB |
| Case Name: | MUNOZ JR, ARTHUR A. |
| | MUNOZ, KAREN L. |
| Taxpayer ID No: | *******9818 |
| For Period Ending: | 01/21/16 |

| | |
|---|---|
| Trustee Name: | JERI COPPA-KNUDSON |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******0283  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/09/15 | 010006 | 25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605<br>Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Claim 000003, Payment 2.21115%<br>(3-1) CARECREDIT/GECRB or GEMB#8102 | 7100-000 | | 24.10 | 1,244.51 |
| 06/09/15 | 010007 | Grant & Weber<br>Acct No xxxxx3111<br>26575 W. Agoura Rd.<br>Calabasas, CA 91302 | Claim 000007, Payment 2.21083% | 7100-000 | | 318.18 | 926.33 |
| 06/09/15 | 010008 | Allied Collection Serv<br>Acct No xxxxx4701<br>3080 S Durango Dr Ste 20<br>Las Vegas, NV 89117 | Claim 000010, Payment 2.21070% | 7100-000 | | 12.71 | 913.62 |
| 06/09/15 | 010009 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000013, Payment 2.21050%<br>(13-1) Unsecured Debt#0385 | 7100-000 | | 15.00 | 898.62 |
| 06/09/15 | 010010 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Claim 000014, Payment 2.21087%<br>#0782 | 7100-000 | | 55.06 | 843.56 |
| 06/09/15 | 010011 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Claim 000015, Payment 2.21084%<br>#1609 | 7100-000 | | 33.25 | 810.31 |
| 06/09/15 | 010012 | UNITED FEDERAL CREDIT UNION<br>c/o John F. Murtha, Esq.<br>P.O. Box 2311<br>Reno, NV 89505 | Claim 000017, Payment 2.21083%<br>(17-1) 2007 CHRYSLER ASPEN(17-2)<br>Unsecured deficiency balance on auto loan<br>(17-2) 2007 Chrysler Aspen | 7100-000 | | 394.48 | 415.83 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 852.78 |

Ver: 19.05b

FORM 2                                                                                                          Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                              Exhibit 9

| | |
|---|---|
| Case No: | 12-51501 -BTB |
| Case Name: | MUNOZ JR, ARTHUR A.<br>MUNOZ, KAREN L. |
| Taxpayer ID No: | *******9818 |
| For Period Ending: | 01/21/16 |

| | |
|---|---|
| Trustee Name: | JERI COPPA-KNUDSON |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******0283  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/09/15 | 010013 | CAPITAL ONE NA<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | Claim 000019, Payment 2.21177%<br>#0342 | 7100-000 | | 8.75 | 407.08 |
| 06/09/15 | 010014 | Portfolio Recovery Associates, LLC<br>PO Box 12914<br>Norfolk VA 23541 | Claim 000020, Payment 2.21080%<br>#5342 | 7100-000 | | 171.94 | 235.14 |
| 06/09/15 | 010015 | Portfolio Recovery Associates, LLC<br>PO Box 12914<br>Norfolk VA 23541 | Claim 000021, Payment 2.21069%<br>#7193 | 7100-000 | | 71.93 | 163.21 |
| 06/09/15 | 010016 | Portfolio Recovery Associates, LLC<br>PO Box 12914<br>Norfolk VA 23541 | Claim 000022, Payment 2.21097%<br>#4307 | 7100-000 | | 48.79 | 114.42 |
| 06/09/15 | 010017 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Claim 000023, Payment 2.21068%<br>#7799 | 7100-000 | | 48.46 | 65.96 |
| 06/09/15 | 010018 | Nevada Bell Telephone Company<br>% AT&T Services Inc.<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | Claim 000024, Payment 2.21092%<br>#2755 | 7100-000 | | 11.87 | 54.09 |
| 06/09/15 | 010019 | BUSINESS AND PROFESSIONAL COLLECTION<br>SERVICE INC.<br>816 SOUTH CENTER STREET<br>RENO,NEVADA 89501 | Claim 000025, Payment 2.21094% | 7100-000 | | 35.80 | 18.29 |
| 06/09/15 | 010020 | RC WILLEY HOME FURNISHINGS<br>ATTN: BANKRUPTCY<br>P.O. BOX 65320<br>SALT LAKE CITY, UT 84165 | Claim 6B, Payment 2.21183%<br>#3895 | 7100-000 | | 12.67 | 5.62 |
| 06/09/15 | 010021 | United States Bankruptcy Court | REMITTED TO COURT | | | 3.80 | 1.82 |

Page Subtotals                                    0.00          414.01

Ver: 19.05b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 23)*

FORM 2

Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-51501 -BTB |
| Case Name: | MUNOZ JR, ARTHUR A. |
| | MUNOZ, KAREN L. |
| Taxpayer ID No: | *******9818 |
| For Period Ending: | 01/21/16 |

| | |
|---|---|
| Trustee Name: | JERI COPPA-KNUDSON |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******0283  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | AUTO ADDED WITH IMPORT NV | | | | | | | |
| | | | 8 | 000008 | 0.88 | 7100-001 | | | |
| | | | 9 | 000009 | 0.58 | 7100-001 | | | |
| | | | 11 | 000011 | 0.64 | 7100-001 | | | |
| | | | 12 | 000012 | 1.70 | 7100-001 | | | |
| 09/17/15 | 010022 | JERI COPPA KNUDSON | TRUSTEE'S FEES AND EXPENSES | | | 2200-000 | | 1.82 | 0.00 |
| 11/16/15 | | JERI COPPA KNUDSON | REFUND TRUSTEE EXPENSES | | | 2200-000 | | -1.82 | 1.82 |
| 01/12/16 | 010023 | JERI COPPA-KNUDSON, TRUSTEE | Chapter 7 Expenses | | | 2200-000 | | 1.82 | 0.00 |
| | | PMB 62 | | | | | | | |
| | | 3495 LAKESIDE DRIVE | | | | | | | |
| | | RENO, NV  89509-4841 | | | | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 170.08 | COLUMN TOTALS | 2,041.01 | 2,041.01 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 2,041.01 | 2,041.01 | |
| Memo Allocation Net: | 170.08 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 2,041.01 | 2,041.01 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 170.08 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******0283 | 2,041.01 | 2,041.01 | 0.00 |
| Total Memo Allocation Net: | 170.08 | | 2,041.01 | 2,041.01 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Ver: 19.05b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 24)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   6

Exhibit 9

| Case No: | 12-51501  -BTB | | Trustee Name: | JERI COPPA-KNUDSON |
| Case Name: | MUNOZ JR, ARTHUR A. | | Bank Name: | UNION BANK |
| | MUNOZ, KAREN L. | | Account Number / CD #: | *******0283  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9818 | | | |
| For Period Ending: | 01/21/16 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 19.05b